# Court of Appeals
# of the State of Georgia

ATLANTA, February 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0568.  MURRAY v. THE STATE.**

The pro se Appellant in the captioned criminal case was provided with a docketing notice from this Court informing the Appellant that the appeal in this case was docketed in this Court on November 25, 2013, and that Appellant's brief, including enumeration of errors, was due to be filed within 20 days of docketing – no later than December 16, 2013. Court of Appeals Rules 3; 22 (a); 23 (a).  Because Appellant did not timely file a brief and enumeration of errors by December 16, 2013, nor did Appellant obtain an extension of time for filing, the appeal in the captioned case is DISMISSED. *Whittle v. State*, 210 Ga. App. 841 (437 SE2d 842) (1993); Court of Appeals Rule 23 (a).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*